AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/ ERICA K. ZUNKEL |
| Date | Signature |
| | Print Name / Bar Number |
| | Address |
| | City / State / Zip Code |
| | Phone Number / Fax Number |

1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Oscar Rodriguez-Gonzalez

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE NITA L. STORMES)**

11 | UNITED STATES OF AMERICA,           ) Case No. 08MJ1324
                                         )
12 |         Plaintiff,                  )
                                         )
13 | v.                                  ) **CERTIFICATE OF SERVICE**
                                         )
14 | OSCAR RODRIGUEZ-GONZALEZ,           )
                                         )
15 |         Defendant.                  )
   |_____)

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                     Efile.dkt.gc2@usdoj.gov

21                                    Respectfully submitted,

23 DATED:      May 1, 2008            /s/ Erica K. Zunkel
                                      **ERICA K. ZUNKEL**
24                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Oscar Rodriguez-Gonzalez