16

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

MAY 2 2 2008

UNITED STATES OF AMERICA

v.

OSCAR RODRIGUEZ-GONZALEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: _O 8 CR 1651-WQH_

    I, OSCAR RODRIGUEZ-GONZALEZ , the above named defendant, who is accused of the

committing the following offense:

    Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___5.22.2008___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_Oscar Rodriguez Gonzales_
Defendant

_____
Counsel for Defendant

Before_____
    JUDICIAL OFFICER